# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. 1: 21-cv-190

*(to be filled in by the Clerk's Office)*

Nancy Smith, P.R.S
*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☐ Yes  ☐ No

Mark White, L.M.O.T.F
*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

FILED

AUG 2 0 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Miss Nancy Smith, P.R.S

Address                 Lafayette        GA        30728
                          *City*           *State*        *Zip Code*

County                  Walker

Telephone Number        (706) 805-0669

E-Mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          Mark White

Job or Title *(if known)*

Address

                               *City*              *State*            *Zip Code*

County                         Walker

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

Defendant No. 2

Name                          Lookout Mtn Drug Task Force

Job or Title *(if known)*

Address

                               *City*              *State*            *Zip Code*

County                         Lookout mtn Circuit

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

    Name                    Lafayette City Police

    Job or Title *(if known)*

    Address

                               Lafayette        GA        30728
                                    *City*         *State*        *Zip Code*

    County                  Walker

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*       Magistrate

    Address

                                 Lafayette        GA        30728
                                    *City*         *State*        *Zip Code*

    County                  Walker

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

         ☑ Federal officials (a *Bivens* claim)

         ☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     42 U.S.C. 3631, 42 U.S.C 14141

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

City of Lafayette Police department assisted ex employee Mark. Also assists DTF with wire tapping and severly invading me and Children's Privacy, Refused to Investigate complaints of Stolen Identity, Stolen U haul with furniture inside (Its Still Missing) Refused to control locals for following, Stalking me A Club or Hate Group, excessive Stops that are unreasonable because I am of different decent and have brown Skin.

Magistrate refused my request for arrest warrant when ex boyfriend called and threaten to physically assualt me (F) me up. She Said the statement was too broad and he could have meant he wanted to have sex with me. I had tpo against person for abuse in the past. She filed early eviction, Illegal eviction, writ of possession not dated signed, Named or notarized and told me Some officer applied for the warrant. Women in office refused to take my appeal or anything I could timely file for an early, unjustified, reckless eviction. Meant to destroy me and any evidence I have had.

Second Ammendment
fourth Ammendment, fourteenth Ammendment

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

First deputy that came with landlord took my Pellet Rifel Lanlord did not give right to fair housing, right to my property, liberty, and an unreasonable search, seizure Arrest by other officers Mark White leading.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Georgia, Walker County, City of Larfayette 404 S Cherokee St Apt B

B.      What date and approximate time did the events giving rise to your claim(s) occur?

8:00 am March 2021

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was forced out of my Apartment along with my 2 year old daughter, locked out, Lanlord hired help to remove our things and set outside, I was 2 weeks late when he filed and obtained a writ for possession that had no name or date on it. Apartment was searched officer stated he found drugs did not show me or say where it was found, told me to leave and he would get a warrant later, He did I was arrested I month later on Warrant for possession. Passport I.D's are stolen. Credit cards. Anything Lanlord wanted he took our possessions and displaced me an 2 year old

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional, Financial Embarrassment due to throwing things out on curb. Bragging to others of what he did illegally damage to Credit. Eviction is on it hard to rent or apply for anything that does credit check, Hardship with 2 year old and unstable because Landlord is wreckless and dangerous behavior, Terrified of renting this may happen and risk for Covid 19 is extremly high. Endangering our lives, stole everything we owned including Identity. Cannot get treatment

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. The LMJC Investigated relieved from duties immediately, How long were they invading privacy wire-tap $1.000.00

I need the court to order lanlord to provide me with a permanent home. I need the court to open previous murder case that no one in Walker County knew of and inquiry of Saye William who belongings were in my apartment. Grant Restraining order against all involved who still follow me. The Apartment Complex for Income. Partnership with no financial Obligations or debt only gains 70%, Look into his and all involved finances, $300,000 for suffering $300,000 pain and embarrassment $600,000 for my daughter $1,200,000 ⁰⁰

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 18, 2021

Signature of Plaintiff

Printed Name of Plaintiff Nancy Smith

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address