UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| NANCY SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-CV-190 ) ) Judge Curtis L. Collier |
| MARK WHITE, L.M.D.T.F., | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

On June 21, 2022, United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") upon screening Plaintiff's *pro se* complaint under 28 U.S.C. § 1915(e)(2). (Doc. 7.) No objection has been filed to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 6(d) (allowing three additional days after service by mail). Therefore, the Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 7). Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED AS MOOT**.

    **SO ORDERED.**

    **ENTER:**

                                                      **/s/**
                                                  **CURTIS L. COLLIER**
                                                  **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ *LeAnna Wilson*
    CLERK OF COURT